FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 FEB 17 AM 9:08

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Gregory Chambers _____, Plaintiff

v.

Ross Management Group _____

Rose Community LLC _____

Monica Estrada _____

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date: the full name of a person known to be a minor: or a complete financial account number. A filing may include only: the last four digits of a social security number: the year of an individual's birth: a minor's initials: and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Gregory Chambers 3700 Elm St Denver, Co 80207
(Name and complete mailing address)

720-841-3097
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Ross Management Group 7401 E 26th Ave Denver, Co 80238
(Name and complete mailing address)

303-388-1515 clyburn(a)ross-management.com
(Telephone number and e-mail address if known)

Defendant 2: Rose Community LLC
(Name and complete mailing address)

216-393-8000
6000 Freedom Square Drive Independence O.H 44131
(Telephone number and email address if known)

Defendant 3: Monica Estrada 740 E 26th Ave 80238
(Name and complete mailing address)

303-388-1515
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✓] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution. laws. or treaties of the United States)

List the specific federal statute. treaty. and/or provision(s) of the United States Constitution that are at issue in this case.

VI of the Civil Rights Act of 1964 42 U.S.C 2000d
42-3602 f 3604 -3617 of this title

[✓] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75.000)

Plaintiff is a citizen of the State of __Colo__.

If Defendant 1 is an individual. Defendant 1 is a citizen of __U.S__.

If Defendant 1 is a corporation.

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint. attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Civil Right Volition

Supporting facts:

This Complaint is About camera's in my Apartment

I moved in at Clyburn at Stapleton, on Feb 9, 2021 After my application was approved. Between Feb 15, 2021 or Feb 17, 2021 I started noticeing that every room in my Apartment that I was in my neighor he would stoop on the floor above my head.

This situation occurred the whole time I lived at Clyburn at Stapleton, every time I got up in the morning I would here him moving around above my head, as if he were watching me.

Also the neighor above my head would let all the resident's in the building, come to his apartment and view my apartment from his's and stoop on the floor.

Also I talked with the residential manager Monica Estrada on numerous occasion about the situation with my neighor. She would always tell me she is putting him on notice.

4

D. Statement

On one particular occasion I went down to manager office to talk to her about the stooping on the floor above my head and she sayed "everything about my apartment is being written down" this conversation took place in early summer 2021.

CLAIM TWO: _____

Supporting facts:

Also on the rental application for a unit at Clyburn at Stapleton one of the question was where did you live before which was at Grand Lowry Loft's.

I want the court to understand the same thing happen at Grand Lowry Loft's with the surveilance of the rental dwelling.

Once my application was approved, Monica Estrada called me to look at a unit, Clyburn but she also say'ed is "your going to love it." So when I got to the building she took me to the unit, so we went in and I notice she kept looking up at the smoke detector.

Also on another particlar day toward the end of my lease at Clyburn at Stapleton, came in the building and walked by Monica office, she had her door open.

I believe she was on the phone with someone I heard someone say'ed "stop calling us because he can get the phone record's, Monica say'ed you guy's don't tell me that"

I believe Monica Estrada retaliated against me because of a case I filed with DORA against Grand Lowry Loft's

5

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E REQUEST FOR RELIEF."*

Monica Estrada in full communication with Grand Lowry Loft's to interfer with a rental dwelling, I'm a Africa American proteced by Civil Right's Act

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Gregory Chambers_
(Plaintiff's signature)

2-17-23
(Date)

(Revised December 2017)