IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00454-LTB-KLM

GREGORY CHAMBERS,

    Plaintiff,

v.

ROSS MANAGEMENT GROUP,
ROSE COMMUNITY MANAGEMENT LLC, and
MONICA ESTRADA,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on May 10, 2023, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, May 10, 2023.

                                                 FOR THE COURT,

                                                 JEFFREY P. COLWELL, Clerk

                                                 By: s/T. Vo
                                                 Deputy Clerk